IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

APR 1 5 2016

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| TODD WASSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:16-CV-055-A |
| | § | |
| CONN APPLIANCES, INC., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Consistent with the discussion had and rulings made during the telephone conference/hearing with counsel for plaintiff and defendant on the line, conducted on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted by plaintiff, Todd Wasson, against defendant, Conn Appliances, Inc., be, and are hereby, dismissed without prejudice, in accordance with the stipulation to arbitration filed April 14, 2016.

SIGNED April 15, 2016.

_____
JOHN McBRYDE
United States District Judge